# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CHAN HO MG MG LIU,<br><br>            Defendant. | No.   CR 05-00723 JW<br><br>[~~PROPOSED~~] ORDER WAIVING DEFENDANT'S PERSONAL PRESENCE<br><br>Date:   March 26, 2007<br>Time    1:30 p.m. |

UPON APPLICATION OF the defendant, CHAN HO MG MG LIU, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT CHAN HO MG MG LIU'S personal presence at the status date of March 26, 2007, is hereby waived under F.R.Cr.P. 43(c).

Dated:   3/20/2007

_James Ware_
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER WAIVING
PERSONAL PRESENCE                            - 1 -