VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Chan Ho Mg Mg Liu

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 05-723 JW |
| Plaintiff, | ) STIPULATION RE CONTINUANCE |
| v. | ) OF STATUS DATE; [PROPOSED] |
| CHAN HO MG MG LIU, | ) ORDER |
| Defendant. | ) |

   It is hereby stipulated between the defendant Chan Ho Mg Mg Liu, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney John Glang, that the status date of October 22, 2007, at 1:30 p.m. be continued to November 5, 2007, at 1:30 p.m. The reason for this continuance is that defense counsel is unavailable on October 22, 2007, and the government is waiting for a decision on interpreter funding.

   Under Title 18 U.S. C. §3161(h)(8)(B(iv), the continuance is necessary to allow defense counsel the reasonable time necessary for effective preparation of the defense taking into the account the exercise of due diligence.

///

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 1 -

1 | It is so stipulated.

2 | Dated: October 15, 2007              Respectfully submitted,

3

4

5 |                                       /s/ Vicki H. Young
   |                                       VICKI H. YOUNG, ESQ.
   |                                       Attorney for Chan Ho Mg Mg Liu

6

7 | Dated: October 15, 2007              SCOTT N. SCHOOLS
   |                                       UNITED STATES ATTORNEY

8

9 |                                        /s/   John Glang
   |                                       JOHN GLANG
10|                                       Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 2 -


## P~~ROPOSED~~ *Ware* ORDER

4  GOOD CAUSE BEING SHOWN, the status appearance set for October 22, 2007, is continued to November 5, 2007. This Court finds that the period from October 22, 2007, through and including November 5, 2007, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is that defense counsel is unavailable on October 22, 2007, and the government is waiting for a decision on interpreter funding.

Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(8)(A).

As required by 18 U.S.C §3161 (h)(8)(B(iv), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny the defendant reasonable time necessary for effective preparation of the pretrial motions and defense, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel. 18 U.S.C. §3161(h)(8)(B)(iv).

DATED: October 17, 2007

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[PROPOSED] ORDER

- 3 -