VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Chan Ho Mg Mg Liu

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware

1/24/2008

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>CHAN HO MG MG LIU,<br><br>          Defendant. | No. CR 05-723 JW<br><br>STIPULATION RE CONTINUANCE OF PRELIMINARY PRETRIAL CONFERENCE; [PROPOSED] ORDER |

    It is hereby stipulated between the defendant Chan Ho Mg Mg Liu, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney John Glang, that the preliminary pretrial conference of January 28, 2008, at 1:30 p.m. be continued to February 4, 2008, at 1:30 p.m. The reason for this continuance is that the registered Burmese interpreter Victor Sein is unavailable on January 28, 2008, but is available on February 4, 2008.

    On September 17, 2007, this Court found that the time period from September 17, 2007 through March 4, 2008, is excluded as to Chan Ho Mg Mg Liu.

///

///

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 1 -

It is so stipulated.

Dated: January 22, 2008                    Respectfully submitted,


 /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Chan Ho Mg Mg Liu

Dated: January 22, 2008                    JOSEPH RUSSONIELLO
                                           UNITED STATES ATTORNEY


 /s/   John Glang
JOHN GLANG
Assistant United States Attorney

## PROPOSED ORDER

GOOD CAUSE BEING SHOWN, the preliminary pretrial conference for Chan Ho Mg Mg Liu set for January 28, 2008, is continued to February 4  2008. The trial dates remain scheduled as follows: Final Pretrial Conference set for February 11, 2008, Jury Selection March 4, 2008 at 9:00 AM; Jury Trial set for March 5, 2008 at 8:00 AM. Time is previously excluded to March 4, 2008.

Date: January 24, 2008
                                           JAMES WARE
                                           UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER