VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Chan Ho Mg Mg Liu

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-723 JW |
| Plaintiff, | STIPULATION RE CONTINUANCE OF SENTENCING DATE; [PROPOSED] ORDER |
| v. | |
| CHAN HO MG MG LIU, | |
| Defendant. | |

It is hereby stipulated between the defendant Chan Ho Mg Mg Liu, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney John Glang, that the sentencing date of June 2, 2008, at 1:30 p.m. be continued to June 9, 2008, at 1:30 p.m.

The reason for this continuance is that the Burmese interpreter was not available to translate the Presentence report to the defendant until this week, and defense counsel needs additional time to prepare a sentencing memorandum.

The Burmese interpreter has been notified of this request, and has no objection to the new date.

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

U.S. Probation Officer Benjamin Flores has been notified of this continuance and has no objection to the new date.

It is so stipulated.

Dated: May 28, 2008        Respectfully submitted,


   /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Chan Ho Mg Mg Liu

Dated: May 28, 2008        JOSEPH RUSSIONELLO
                           UNITED STATES ATTORNEY


  /s/   John Glang
JOHN GLANG
Assistant United States Attorney

### ~~PROPOSED~~ ORDER

GOOD CAUSE BEING SHOWN, the sentencing date of June 2, 2008, is continued to June 9, 2008.

IT IS SO ORDERED. Due to the age of the case, this is the parties' last request by stipulation to continue the sentencing.
DATED: May 28, 2008

*[signature: James Ware]*

JAMES WARE
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 2 -