```
1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone (415) 421-4347
4
   Counsel for Chan Ho Mg Mg Liu
5
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00723 JW |
| ) | |
| Plaintiff, ) | STIPULATION RE CONTINUANCE |
| ) | OF SENTENCING DATE; |
| v. ) | [PROPOSED] ORDER |
| ) | |
| CHAN HO MG MG LIU, ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated between the defendant Chan Ho Mg Mg Liu, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney John Glang, that the sentencing date of October 6, 2008, at 1:30 p.m. be continued to November 3, 2008, at 1:30 p.m.

The reason for this continuance is that the U.S. Attorneys Office has applied for an immunity order so that they can call Chan Ho Mg Mg Liu as a witness in the trial of <u>United States v. Pong Liu, et.al.</u>, CR 05-00723 JW. That trial is currently scheduled to start on October 7, 2008, and it anticipated to conclude before November 3, 2008.

///

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 1 -

U.S. Probation Officer Benjamin Flores has been notified of this continuance and has no objection to the new date.

It is so stipulated.

Dated:       September 22, 2008                Respectfully submitted,


  /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Chan Ho Mg Mg Liu

Dated:       September 22, 2008                JOSEPH RUSSIONELLO
UNITED STATES ATTORNEY


  /s/   John Glang
JOHN GLANG
Assistant United States Attorney

------------------ **ORDER**

GOOD CAUSE BEING SHOWN, the sentencing date of October 6, 2008, is continued to November 3, 2008.

IT IS SO ORDERED.

DATED:       September 22, 2008

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 2 -