VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Chan Ho Mg Mg Liu

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-723 JW |
| ) | |
| Plaintiff, ) | STIPULATION RE CONTINUANCE |
| ) | OF SENTENCING DATE; |
| v. ) | [PROPOSED] ORDER |
| ) | |
| CHAN HO MG MG LIU, ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated between the defendant Chan Ho Mg Mg Liu, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney John Glang, that the sentencing date of November 3, 2008, at 1:30 p.m. be continued to December 15, 2008, at 1:30 p.m.

The reason for this continuance is that Chan Ho Mg Mg Liu was a fact witness in the trial of <u>United States v. Pong Liu, et.al.</u>, CR 05-00723 JW. That trial has just concluded. Both counsel need additional time to prepare sentencing memorandum.

///

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 1 -

1  U.S. Probation Officer Benjamin Flores has been notified of this continuance and has no
2  objection to the new date.
3  It is so stipulated.

4  Dated:   October 30, 2008          Respectfully submitted,

7  /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Chan Ho Mg Mg Liu

8  Dated:   October 30, 2008          JOSEPH RUSSIONELLO
9                                     UNITED STATES ATTORNEY

11  /s/   John Glang
JOHN GLANG
12  Assistant United States Attorney

### PROPOSED ORDER

GOOD CAUSE BEING SHOWN, the sentencing date of November 3, 2008, is continued to December 15, 2008 at 1:30 PM

IT IS SO ORDERED.

DATED:   November 3, 2008

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER