1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone (415) 421-4347
4
   Counsel for Chan Ho Mg Mg Liu
5

6

7           IN THE UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11 | UNITED STATES OF AMERICA,        ) No. CR 05-723 JW
                                      )
12 |                  Plaintiff,      ) STIPULATION RE CONTINUANCE
                                      ) OF SENTENCING DATE;
13 |           v.                     ) [PROPOSED] ORDER
                                      )
14 | CHAN HO MG MG LIU,               )
                                      )
15 |                  Defendant.      )
                                      )
16

17      It is hereby stipulated between the defendant Chan Ho Mg Mg Liu, by and through his attorney

18 of record VICKI H. YOUNG, and the government, through Assistant United States Attorney John

19 Glang, that the sentencing date of December 15, 2008, at 1:30 p.m. be continued to December 22,

20 2008, at 1:30 p.m.

21      The reason for this continuance is that both counsel need additional time to prepare their

22 sentencing memorandum.

23 ///

24 ///

25

26

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER
                                    - 1 -

U.S. Probation Officer Benjamin Flores has been notified of this continuance and has no objection to the new date.

It is so stipulated.

Dated: December 9, 2008    Respectfully submitted,

   /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Chan Ho Mg Mg Liu

Dated: December 9, 2008    JOSEPH RUSSIONELLO
UNITED STATES ATTORNEY

  /s/   John Glang
JOHN GLANG
Assistant United States Attorney

## ~~XXXXXXX~~ ~~PROPOSED~~ ORDER

GOOD CAUSE BEING SHOWN, the sentencing date of December 15, 2008, is continued to December 22, 2008.

IT IS SO ORDERED.

DATED: December 11, 2008

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER